```
1    WRIGHT, FINLAY & ZAK, LLP
     Dana Jonathon Nitz, Esq.
2    Nevada Bar No. 0050
     Lindsay D. Robbins, Esq.
3    Nevada Bar No. 13474
4    7785 W. Sahara Ave., Suite 200
     Las Vegas, NV 89117
5    (702) 475-7964; Fax: (702) 946-1345
     dnitz@wrightlegal.net
6    lrobbins@wrightlegal.net
7    Attorneys for Plaintiff HSBC BANK USA, NA, AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND
```

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND, <br><br> Plaintiff, <br><br> vs. <br><br> ESTRELLA II HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company; <br><br> Defendants. | Case No.: 2:17-cv-00016-RFB-GWF <br><br> **STIPULATION AND ORDER FOR TWO WEEK EXTENSION OF DISPOSITIVE MOTION DEADLINE** <br><br> **(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND; ASHAR W. MUJTABA, an individual, <br><br> Counter-Defendant/Cross-Defendant. | |

COMES NOW Plaintiff/Counter-Defendant, HSBC Bank USA, N.A., as Trustee for the LMT 2006-7 Trust Fund (hereinafter "HSBC"), Defendant/Counterclaimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Estrella II Homeowners Association ("Estrella"), by and

1  through their undersigned and respective counsel of record, and hereby stipulate as follows in
2  accordance with LR6-1 and LR 26-4.

3  The parties have completed discovery. However, in light of the illness of Plaintiff's counsel and the upcoming holiday, the Parties are requesting an extension of the opposition deadline. Additionally, the parties wish before incurring further expense to explore potential settlement of this matter, which would also conserve valuable judicial resources should the parties successfully resolve their dispute without need for further judicial intervention.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of two (2) weeks up to and until November 29, 2017, to file their respective Motions for Summary Judgment.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Parties shall have up to and until December 20, 2017, to file their Responses to the respective Motions for Summary Judgment, including the Motion for Summary Judgment filed by SFR on November 1, 2017 [ECF No. 34].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the Parties second request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

DATED this 14th day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
*Attorneys for Plaintiff*

DATED this 14th day of November, 2017.

KIM GILBERT EBRON

*Jacqueline A. Gilbert, Esq.*
Jacqueline A. Gilbert, Esq.
Diana S. Ebron, Esq.
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 14th day of November, 2017.

LIPSON NEILSON COLE SELTZER & GARIN

*/s/ Amber M. Williams, Esq.*
Amber M. Williams, Esq.
*Attorneys for Estrella II HOA*

**ORDER**

IT IS HEREBY ORDERED that the Parties shall have an extension of two (2) weeks up to and until November 29, 2017, to file their respective Motions for Summary Judgment.

IT IS HEREBY FURTHER ORDERED that the Parties shall have up to and until December 20, 2017, to file their Responses to the respective Motions for Summary Judgment, including the Motion for Summary Judgment filed by SFR on November 1, 2017 [ECF No. 34].

DATED this 15th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff,
HSBC Bank USA, N.A., as Trustee
for the LMT 2006-7 Trust Fund*