WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff HSBC BANK USA, NA, AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ESTRELLA II HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company;<br><br>Defendants.<br>————————————————————<br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND; ASHAR W. MUJTABA, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No.:   2:17-cv-00016-RFB-GWF<br><br>**STIPULATION AND ORDER FOR TWO WEEK EXTENSION OF DISPOSITIVE MOTION DEADLINE**<br><br>**(Third Request)** |

COMES NOW Plaintiff/Counter-Defendant, HSBC Bank USA, N.A., as Trustee for the

LMT 2006-7 Trust Fund (hereinafter "HSBC"), Defendant/Counterclaimant, SFR Investments

Pool 1, LLC ("SFR"), and Defendant, Estrella II Homeowners Association ("Estrella"), by and

1 │ through their undersigned and respective counsel of record, and hereby stipulate as follows in

2 │ accordance with LR6-1 and LR 26-4.

3 │      The parties have completed discovery.  However, the parties wish before incurring

4 │ further expense to explore potential settlement of this matter, which would also conserve

5 │ valuable judicial resources should the parties successfully resolve their dispute without need for

6 │ further judicial intervention.

7 │      IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension

8 │ of thirty (30) days up to and until December 29, 2017, to file their respective Motions for

9 │ Summary Judgment.

10 │      IT IS HEREBY FURTHER STIPULATED AND AGREED that the Parties shall have

11 │ up to and until January 19, 2018, to file their Responses to the respective Motions for Summary

12 │ Judgment, including the Motion for Summary Judgment filed by SFR on November 1, 2017

13 │ [ECF No. 34].

14 │ /././

15 │ /././

16 │ /././

17 │ /././

18 │ /././

19 │ /././

20 │ /././

21 │ /././

22 │ /././

23 │ /././

24 │ /././

25 │ /././

26 │ /././

27 │ /././

28 │ /././

| | |
|---|---|
| 1 | This is the Parties third request for extension of the dispositive motions deadline. This |
| 2 | request is not intended to cause any delay or prejudice to any party. |

3  DATED this 29th day of November, 2017.    DATED this 29th day of November, 2017.

4  WRIGHT, FINLAY & ZAK, LLP                 KIM GILBERT EBRON

5  */s/ Lindsay D. Robbins, Esq.*            */s/ Diana S. Ebron, Esq.*

6  Lindsay D. Robbins, Esq.                  Diana S. Ebron, Esq.
   Nevada Bar No. 13474                      Nevada Bar No.10580

7  *Attorneys for Plaintiff*                 *Attorneys for SFR Investments Pool 1, LLC*

8

9  DATED this 29th day of November, 2017.

10 LIPSON NEILSON COLE SELTZER & GARIN

11 */s/ Amber M. Williams, Esq.*
   Amber M. Williams, Esq.

12 Nevada Bar No. 12301
   *Attorneys for Estrella II HOA*

13

14                          **ORDER**

15       IT IS HEREBY ORDERED that the Parties shall have an extension of thirty (30) days

16 up to and until December 29, 2017, to file their respective Motions for Summary Judgment.

17       IT IS HEREBY FURTHER ORDERED that the Parties shall have up to and until

18 January 19, 2018, to file their Responses to the respective Motions for Summary Judgment,

19 including the Motion for Summary Judgment filed by SFR on November 1, 2017 [ECF No. 34].

20       DATED this 30th day of November, 2017.

21

22  _____
    UNITED STATES MAGISTRATE JUDGE

23 Respectfully Submitted by:

24 WRIGHT, FINLAY & ZAK, LLP

25

26 */s/ Lindsay D. Robbins, Esq.*

27 Lindsay D. Robbins, Esq.
   *Attorneys for Plaintiff*

28