WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter/Cross –Defendant, HSBC Bank USA, NA, as Trustee for the LMT 2006-7 Trust Fund*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ESTRELLA II HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company;<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND; ASHAR W. MUJTABA, an individual,<br><br>Counter-Defendant/Cross-Defendant. | Case No.: 2:17-cv-00016-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITIONS DEADLINE TO ESTRELLA II HOMEOWNERS' ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 50] AND SFR INVESTMENTS POOLS 1, LLC'S SECOND RENEWED MOTION FOR SUMMARY JUDGMENT [ECF NO. 51]**<br><br>**(First Request)** |

///

COMES NOW Plaintiff/Counter-Defendant, HSBC Bank USA, N.A., as Trustee for the LMT 2006-7 Trust Fund (hereinafter "HSBC"), Defendant/Counterclaimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Estrella II Homeowners Association ("HOA"), by and through their undersigned and respective counsel of record, and hereby stipulate as follows:

1. On April 10, 2019, this Court lifted the stay of litigation and entered an expedited deadline and briefing schedule [ECF No 49] as follows:

    a. Deadline to Complete Discovery: May 10, 2019

    b. Dispositive Motion Deadlines: May 17, 2019

    c. Deadline to File Responses to any Dispositive Motions: May 27, 2019

    d. Deadline to File Replies to any Responses: June 3, 2019;

2. On May 17, 2019, the HOA filed its Motion for Summary Judgment [ECF No. 50] and SFR filed its Second Renewed Motion for Summary Judgment [ECF No. 51];

3. Based on the Court's Minute Order setting the briefing schedule, HSBC's deadline to respond to the HOA's and SFR's respective Motions was May 27, 2019;

4. However, through clerical error, the deadline was incorrectly calendared to reflect the normal briefing schedule and counsel for HSBC Bank calendared a deadline to respond of June 7, 2019, which is twenty-one (21) days after the filing of motions for summary judgment pursuant to Local Rule 7-2(b);

5. The Court's Civil Docket for this matter also reflects a June 7, 2019 deadline in the Docket Text for the respective Motions;

6. Due to the inadvertent calendaring error, HSBC's counsel is requesting and additional four (4) days to file its responses to HOA's and SFR's Motions for Summary Judgment, and thus requests up to May 31, 2019, to file its responses;

7. Due to HSBC filing its response to the respective motions on May 31, 2019, the parties request that the HOA's and SFR's replies to HSBC's responses will be due June 7, 2019, five (5) judicial calendar days after HSBC files its responses, the period of time originally anticipated by the Court's April 10, 2019 Minute Order [ECF No. 49];

8. Counsel for HOA and SFR do not oppose this extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 31st day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter/Cross – Defendant, HSBC Bank USA, NA, as Trustee for the LMT 2006-7 Trust Fund*

DATED this 31st day of May, 2019.

KIM GILBERT EBRON

/s/ Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC*

DATED this 31st day of May, 2019.

LIPSON NEILSON P.C.

/s/ Amber M. Williams
Amber M. Williams, Esq.
Nevada Bar No, 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant, Estrella II Homeowners' Association*

Case No.: 2:17-cv-00016-RFB-GWF

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of June, 2019.