DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ESTRELLA II HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company;<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND; ASHAR W. MUJTABA, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:17-cv-00016-RFB-EJY<br><br>**[PROPOSED] SUPPLEMENTAL ORDER GRANTING SFR INVESTMENTS POOL 1, LLC'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court came Estrella II Homeowners' Association's ("Association") Motion for Summary Judgment [ECF No. 50] and SFR Investments Poo1, LLC's ("SFR") Motion for Summary Judgment [ECF No. 51] each against HSBC Bank USA, N.A., as trustee for the LMT 2006-7 Trust Fund ("Bank"). Having considered the Bank's respective Responses [ECF Nos. 53

- 1 -

and 54] and SFR and the Association's respective Replies [ECF Nos. 56 and 57], and for all the reasons stated on the record, the Court rules as follows:

IT IS HEREBY ORDERED that SFR's Motion for Summary Judgment is **GRANTED** and the Association's Motion for Summary Judgment is **GRANTED.** The nonjudicial foreclosure sale conducted on July 1, 2014 extinguished all junior interests in the Property, including the deed of trust recorded as Instrument No. 20060526-0002958. As a result, the Bank, its successors or assigns, has no enforceable lien, interest or property right in the real property located at 6243 Copper Light Street, Las Vegas, Nevada 89081; Parcel No. 124-25-512-057.

Additionally, as a result of the Association's foreclosure sale, Ashar W. Mujtaba, his successors or assigns, has no right, title or interest in the real property located at 6243 Copper Light Street, Las Vegas, Nevada 89081; Parcel No. 124-25-512-057.

…

…

…

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

The Court further finds that there is no basis to support the lis pendens in this case as Bank has no existing interest in the Property. The lis pendens recorded against the Property in the Official Records of the Clark County Recorder as Instrument No. 20150512-0002931 and Instrument No. 20170113-0000966 shall therefore be expunged.

DATED: August 23, 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**Kim Gilbert Ebron**

*/s/ Jason G. Martinez*_____
Jason G. Martinez, Esq.
Nevada Bar No. 13375
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

Approved as to Form and Content:

**Lipson Neilson P.C.**

*/s/ Amber M. Williams*_____
Amber M. Williams, Esq.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Estrella II Homeowners' Association*

Approved as to Form and Content:

**Wright Finlay & Zak LLP**

*/s/ Lindsay D. Robbins*_____
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for HSBC Bank USA, N.A.*