1  WRIGHT, FINLAY & ZAK, LLP
2  Michael S. Kelley, Esq.
   Nevada Bar No. 10101
3  7785 W. Sahara Ave., Suite 200
   Las Vegas, Nevada 89117
4  (702) 475-7964; Fax: (702) 946-1345
   mkelley@wrightlegal.net
5  *Attorneys for Plaintiff/Counter/Cross-Defendant, HSBC Bank USA, NA, as Trustee for the LMT 2006-7 Trust Fund*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND, | Case No.: 2:17-cv-00016-RFB-EJY |
| Plaintiff, | **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |
| vs. | |
| ESTRELLA II HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company; | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counterclaimant/Cross-Claimant, | |
| vs. | |
| HSBC BANK USA, N.A., AS TRUSTEE FOR THE LMT 2006-7 TRUST FUND; ASHAR W. MUJTABA, an individual, | |
| Counter-Defendant/Cross-Defendant. | |

COMES NOW, Plaintiff/Counter/Cross-Defendant, HSBC Bank USA, NA, as Trustee for the LMT 2006-7 Trust Fund ("Plaintiff"), by and through its attorneys of record, Michael S. Kelley, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq., Christina M. Connolly, Esq., and Lindsay Robbins, Esq. ("Previous

Page 1 of 2

Attorneys") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Michael S. Kelley, Esq. Subsequent filings have been made and Previous Attorneys are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorneys receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq., Christina M. Connolly, Esq., and Lindsay Robbins, Esq. be removed from the Service List in this matter.

DATED this 27th day of May, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter/Cross-Defendant, HSBC Bank USA, NA, as Trustee for the LMT 2006-7 Trust Fund*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 28, 2020