UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No. 2:17-cv-00016-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ESTRELLA II HOMEOWNERS ASSOCIATION et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Release of Bond [ECF No. 79]. For the good cause stated in the motion, the Court grants the motion.

IT IS ORDERED that Plaintiff's Motion for Release of Bond [ECF no. 79] is GRANTED. The Clerk of the Court is directed to release the $500.00 bond [ECF No. 13] deposited on March 22, 2017, plus accrued interest to Wright, Finlay & Zak, LLP.

DATED: February 27, 2021.

**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE